**Dismissed and Memorandum Opinion filed September 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00582-CV

_____

**JANICE STANTON-HINES, Appellant**

**V.**

**M. LOUISE STANTON, ET AL, Appellees**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2008-74736**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 7, 2011.   The notice of appeal was filed on July 1, 2011.   To date, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict

Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code Ann.. § 51.207 (Vernon 2005) (same).

On August 25, 2011, this court ordered appellant to pay the appellate filing fee on or before September 9, 2011, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.